Jeffrey **TRUEMAN**, Plaintiff–Appellant,

v.

**UNITED STATES of America, a/k/a United States (U.S.) Government, a/k/a Barack H. Obama, II, President of U.S.A., Commander–In–Chief, U.S. Armed Forces; Eric Shinseki, U.S. Secretary, Department of Veterans Affairs (DVA); Loretta E. Lynch, U.S. Attorney General (USAG), Department of Justice (DOJ); Richard J. Griffin, Acting Inspector General DVA–IG; E.J. McQuade, DVA–Veterans Benefits Administration (BVA) Manager, Regional Office Winston–Salem North Carolina; Elizabeth Goolsby, Director, DVA–Medical Center, Fayetteville, North Carolina; Bobby J. Kirby, Special Agent, DVA–IG Columbia, South Carolina, Defendants–Appellees.**

No. 15–1432.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Aug. 31, 2015.

Jeffrey Trueman, Appellant Pro Se. Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Trueman appeals several district court orders denying temporary restraining orders and preliminary injunctions and dismissing his claims against the United States and several Government officials. We have reviewed the record and find no reversible error. Accordingly, we grant Trueman's motions for judicial notice and affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*